ORDER:
Motion granted.

*signature*

U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE MIDDLE DIVISION

| | |
|---|---|
| ROBERT CHARLES FORAN, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-cv-1156 |
| ) | |
| DICKSON COUNTY SHERIFF'S ) | |
| DEPARTMENT and LT. RHONDIA, ) | Judge Trauger |
| FELTS, et al., ) | Magistrate Judge Knowles |
| ) | |
| Defendants. ) | |

## MOTION TO EXTEND DISPOSITIVE MOTION DEADLINES

Dickson County Sheriff's Department and Lt. Rhondia Felts, hereby submit this motion requesting this Honorable Court extend the current deadline for completion and filing of dispositive motions until September 13, 2010. Pursuant to the case management plan and order that is currently in place, the current deadline for completion and filing of dispositive motions is August 30, 2010. This matter is set for jury trial beginning February 1, 2011.

In support of this motion, the parties would show that plaintiff's deposition took place on August 18, 2010 after this Court granted permission to depose the plaintiff (Docket Entry No. 59). These defendants are expected to receive the transcript of plaintiff's deposition on September 1, 2010. Given that the court reporter will be unable to provide the plaintiff's transcript until that date, these defendants respectfully request a two week extension in which to complete their dispositive motion.

{FB044879 /}