IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT CHARLES FORAN, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:09-1156 |
| ) | Judge Trauger |
| DICKSON COUNTY SHERIFF'S OFFICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**O R D E R**

On January 6, 2011, the Magistrate Judge issued three Reports and Recommendations (Docket Nos. 133-135), to which no timely objections have been filed. The Reports and Recommendations are therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby **ORDERED**:

1. The Motion For Summary Judgment filed by defendant William Jackson, M.D. (Docket No. 34) is **GRANTED**, and all claims asserted against this defendant are **DISMISSED WITH PREJUDICE**.

2. The Motion to Dismiss filed by defendant Sheriff Tom Wall (Docket No. 68) is **GRANTED,** and the plaintiff's claims against Sheriff Wall in his individual and official capacities are **DISMISSED**.

3. The Motion For Summary Judgment filed by defendants Dickson County Sheriff's Department and Lieutenant Rondia Felts (Docket No. 76) is **GRANTED**, and all claims against these two defendants are **DISMISSED WITH PREJUDICE**.

All claims against all defendants having been dismissed, the Clerk is directed to **CLOSE** this file. Entry of this Order shall constitute the Judgment in this case.

It is so **ORDERED.**

Enter this 17th day of February 2011.

_____
ALETA A. TRAUGER
United States District Judge